**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

RICHARD LEE FRAZIER,

    Plaintiff,

v.                                                    Case No.   3:18-cv-235-J-34PDB

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

    Defendant.
_____

## O R D E R

**THIS CAUSE** is before the Court on the Notice of Cancellation of Mediation (Dkt. No. 18; Notice) filed on September 12, 2018. In the Notice, the mediator advises the Court that the scheduled mediation was cancelled because the parties have reached a settlement in this matter. See Notice at 1. Accordingly, it is hereby

**ORDERED:**

1. The parties shall have until **November 13, 2018**, to file a joint stipulation of dismissal or other appropriate documents to close out this file.

2. If the parties have not filed settlement pleadings or a request for additional time by the **November 13, 2018**, deadline, this case will automatically be deemed to be dismissed without prejudice.

3. The final pretrial conference scheduled for May 20, 2019, is cancelled, and this case is removed from the June 2019, trial term.

4. The Clerk of the Court is directed to terminate all pending motions and administratively close this case pending further Order of the Court.

**DONE AND ORDERED** in Jacksonville, Florida this 13th day of September, 2018.

MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record