UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

RICHARD LEE FRAZIER,

    Plaintiff,

v.                                      CASE NO.: 3:18-cv-235-J-34PDB

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

    Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, RICHARD LEE FRAZIER, and Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, pursuant to this Court's Order directing the parties to file settlement pleadings (Dkt. 19) and Rule 3.08, Local Rules for the Middle District of Florida, hereby gives this their notice of dismissing this cause with Prejudice.

The parties to this stipulation hereby agree that the Court may enter an Order Dismissing this cause with Prejudice as an adjudication upon the merits with each side to bear its own costs and attorney fees.

Respectfully submitted this 1st day of October [September], 2018.

FARAH AND FARAH, P.A.

/s/ Tara Conner
Tara Conner, Esq.
Florida Bar No.: 35493
10 West Adams Street
Jacksonville, Florida 32202
TConner@farahandfarah.com
ASantibanez@farahandfarah.com

O'HARA LAW FIRM, P.A.

/s/ James C. Durstein
James C. Durstein, Esq.
Florida Bar No.: 119887
4811 Beach Boulevard, Suite 303
Jacksonville, Florida 32207
eService@oharalawfirm.com

[9101449/1]